■ ELEANA ROSE, Respondent, v CITY OF NEW ROCHELLE, Respondent, and JOE G. METZGER et al., Appellants. [867 NYS2d 696]

The appellants' proof failed to eliminate all issues of fact as to whether, as a result of the subject motor vehicle accident, the plaintiff sustained a serious injury within the meaning of Insurance Law § 5102 (d), and thus failed to make a prima facie showing that the appellants were entitled to judgment as a matter of law (*see Alvarez v Prospect Hosp.*, 68 NY2d 320, 324 [1986]). Under these circumstances, it is not necessary to consider the sufficiency of the plaintiff's opposition papers (*see Tchjevskaia v*

*Chase*, 15 AD3d 389 [2005]). Santucci, J.P., Covello, Leventhal and Belen, JJ., concur.